IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RUTH FONTENOT, et al<br>*Plaintiffs'* | § § § | |
| VS | § § | CIVIL ACTION NO.: 1:15cv234 |
| UNITED STATES OF AMERICA<br>*Defendants'* | § § § | |

## MEDIATOR'S REPORT

In accordance with the Court's order, a mediation conference was conducted on July 25, 2017. The conference resulted in impasse. All parties and counsel were present.

**SIGNED** this 25th day of July 2017

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE